# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# GREENVILLE DIVISION

| | |
|---|---|
| Carissa Grubel, | |
| Plaintiff, | |
| v. | Civil Action No.: 6:14-cv-04466-GRA |
| PMAB, LLC; and DOES 1-10, inclusive, | |
| Defendants. | |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff, Carissa Grubel, and Defendant PMAB, LLC ("PMAB"), hereby jointly stipulate to the dismissal of Plaintiff's claims against with each side to bear its own attorneys' fees and costs.

Dated: May 27, 2015

Respectfully submitted,

Carissa Grubel                                              PMAB, LLC

Brian J. Headley, Esquire                                   Andy Culicerto
District of South Carolina Bar ID No. 11427                 First Citizens Bank Plaza, Suite 1800
The Headley Law Firm                                        128 South Tryon Street
1156 Bowman Rd., Suite 200                                  Charlotte, North Carolina  28202
Mount Pleasant, SC  29464                                   Telephone: (704) 945-2190
Telephone: (843) 375-6181                                   Facsimile: (704) 332-1197
Facsimile: (843) 375-6185                                   aculicerto@slk-law.com
bjheadley@yahoo.com                                         *Attorneys for Defendants*

bheadley@lemberglaw.com
*Attorneys for Plaintiff*

*Of Counsel to*
Lemberg Law, LLC
1100 Summer Street, 3rd Floor
Stamford, CT 06905
Telephone: (203) 653-2250
Facsimile: (888) 953-6237
*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on May 27, 2015, a true and correct copy of the foregoing was served electronically by the U.S. District Court for the District of South Carolina Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                                  By   /s/ Brian J. Headley
                                                         Brian J. Headley, Esq.